<u>UNITED STATED DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>
<u>MINUTES OF PROCEEDINGS</u>

<u>**OFFICE:**</u>  **NEWARK**                                                      **Date:  2/1/2022**
<u>**JUDGE: JOHN MICHAEL VAZQUEZ**</u>
<u>**COURT REPORTER:**</u>  Lisa A. Larsen

<u>**TITLE OF CASE:**</u>

                                                                                  <u>**DOCKET  # 20-578**</u>

UNITED STATES OF AMERICA
              vs.

Jeffrey Andrews
Chad Beene
Adam Brosius
Robert Schneiderman


**APPEARANCES:**

Jason Gould, AUSA
Joshua Haber, AUSA
David Eskew, Esq. for Defendant Ada, Brosius
Mark Berman, Esq. for Defendant Adam Brosius
John Lord, Esq. for Defendant Robert Schneiderman
Michael Wynne, Esq. for Defendant Chad Beene
Ashley Shapiro, Esq. for Defendant Jeff Andrews
Michael Engle, Esq. for Defendant Jeff Andrews

**Nature of Proceedings**:     STATUS CONFERENCE HELD by ZOOM video conference

Status conference held regarding the scheduled trial in this matter.
Jury selections will commence on 11/13/2023.
Trial will commence on 11/27/2023 at 9:00 a.m.


**Time Commenced: 3:00**
**Time Adjourned: 3:30**
**Total Time:** 30 min


                                                            RoseMarie Olivieri
                                                         SENIOR COURTROOM DEPUTY