UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| v. | : | Crim. No. 20-578 |
| JEFFREY ANDREWS, ET AL. | : | <u>SUBSTITUTION OF ATTORNEY</u> |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Matthew Specht, Assistant U.S. Attorney (matthew.specht@usdoj.gov), is appearing for the United States, in substitution for Joshua L. Haber, Assistant U.S. Attorney, who previously appeared in this matter.

PHILIP R. SELLINGER
United States Attorney

<u>/s/ Matthew Specht</u>
By: MATTHEW SPECHT
Assistant U.S. Attorney

Dated:   June 28, 2023